**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF MISSOURI

Case number *(if known)* ________ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | The Stonebrook Convalescent Center, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Stonebrook Healthcare Center | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 43-1305245 | |
| 4. | **Debtor's address** | **Principal place of business**<br>217 Lakewood Rd.<br>Van Buren, AR 72956<br>Number, Street, City, State & ZIP Code<br>Crawford<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>217 Lakewood Rd. Van Buren, AR 72956<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6231

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

Debtor The Stonebrook Convalescent Center, Inc. Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2026
MM / DD / YYYY

**X** /s/ Todd P. Hightower
Signature of authorized representative of debtor

Todd P. Hightower
Printed name

Title President

**18. Signature of attorney**

**X** /s/ Geoffrey Treece
Signature of attorney for debtor

Date September 16, 2026
MM / DD / YYYY

Geoffrey Treece 84146AR
Printed name

Quattlebaum, Grooms & Tull
Firm name

111 Center Street, Suite 1900
Little Rock, AR 72201
Number, Street, City, State & ZIP Code

Contact phone (501) 379-1735 Email address gtreece@qgtlaw.com

84146AR MO
Bar number and State

**United States Bankruptcy Court**
**Eastern District of Missouri**

In re The Stonebrook Convalescent Center, Inc.
Debtor(s)

Case No.
Chapter 7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Todd P. Hightower, declare under penalty of perjury that I am the President of The Stonebrook Convalescent Center, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Todd P. Hightower, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Todd P. Hightower, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Todd P. Hightower, President of this Corporation is authorized and directed to employ Geoffrey Treece 84146AR , attorney and the law firm of Quattlebaum, Grooms & Tull to represent the corporation in such bankruptcy case."

Date September 15, 2026

Signed /s/ Todd P. Hightower
Todd P. Hightower

# Resolution of Board of Directors
of
The Stonebrook Convalescent Center, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Todd P. Hightower, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Todd P. Hightower, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Todd P. Hightower, President of this Corporation is authorized and directed to employ Geoffrey Treece 84146AR , attorney and the law firm of Quattlebaum, Grooms & Tull to represent the corporation in such bankruptcy case.

Date September 15, 2026 Signed /s/ Laura A. Hightower, Vice-President

Date September 15, 2026 Signed /s/ Deanna Binz, Secretary

**United States Bankruptcy Court**
**Eastern District of Missouri**

In re The Stonebrook Convalescent Center, Inc.
Debtor(s)

Case No.
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of 3 page(s) and is true, correct and complete.

/s/ Todd P. Hightower
Todd P. Hightower/President
Signer/Title

Dated: September 16, 2026


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Access at Home
129 Pendelton Way #654
Washougal, WA 98671

Axis Mechanical
908 Bern Court
San Jose, CA 95112

Bay Area HVAC
2133 Stockton Court
Pittsburg, CA 94565

CA Department of Health Services
P.O. Box 997415
Sacramento, CA 95899-7415

ChemSearch
23261 Network Place
Chicago, IL 60673-1232

Cogent Solutions & Supplies
File 2696
1801 W. Olympic Blvd.
Pasadena, CA 91199-2696

Concord Healthcare
P.O. Box 3068
Fort Smith, AR 72913-3068

Core Medical Group
P.O. Box 306478
Nashville, TN 37230-6478

Corodata Records Management, Inc.
P.O. Box 842638
Los Angeles, CA 90084-2638

Daniels Sharpsmart, Inc.
P.O. Box 735290
Dallas, TX 75373-5290

Edgepark Medical Supplies
1810 Summit Commerce Park
Twinsburg, OH 44087

Eggleston King Davis, LLP
102 Houston Avenue
Suite 300
Weatherford, TX 76086

Forefront Healthcare
P.O. Box 33661
Detroit, MI 48232

Golden State Orthopedic & Spine
P.O. Box 550
Brentwood, CA 94513

Healthmark Services, Inc.
217 Lakewood Road
Van Buren, AR 72956

Interactive Medical Systems, Inc.
P.O. Box 843789
Los Angeles, CA 90084

J.I. Medical dba Ramat Medical
5812 W. Pico Blvd., Suite A
Los Angeles, CA 90019-0001

McCarthy Leonard Kaemmerer & Miller, LC
Attn: Anthony W. Hafner, Esq.
825 Maryville Centre Dr., Ste 300
Town & Country, MO 63017

McKesson Medical-Surgical
Minnesota Supply
P.O. Box 204786
Dallas, TX 75320-4786

Medline Industries, Inc.
Dept LA 21558
Pasadena, CA 91185-1558

Milli & Ali Medical, LLC
439 Calle De La Mesa
Novato, CA 94949

Namonda West and Andrea Kelly
For Rowena Davis (Deceased)
c/o Stipp Law Firm 2333 State St., Ste 1
Carlsbad, CA 92008

Pharmerica
P.O. Box 741700
Atlanta, GA 30374-1700

PointClickCare Technologies, Inc.
P.O. Box 736092
Chicago, IL 60673-6092

Trinity Medical Transportation
4425-C Treat Boulevard #300
Concord, CA 94521

Wellsky Corporation
P.O. Box 200086
Dallas, TX 75320-0086

West Coast Energy Systems, LLC
P.O. Box 102515
Pasadena, CA 91189-2515

Western State Design, Inc.
2331 Tripaldi Way
Hayward, CA 94545

WIPFLI
P.O. Box 3160
Milwaukee, WI 53201

# United States Bankruptcy Court
## Eastern District of Missouri

In re The Stonebrook Convalescent Center, Inc. — Debtor(s)

Case No. ______

Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for The Stonebrook Convalescent Center, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Health Management, Inc.
217 Lakewood Rd.
Van Buren, AR 72956

☐ None [*Check if applicable*]

September 16, 2026
Date

/s/ Geoffrey Treece
Geoffrey Treece 84146AR
Signature of Attorney or Litigant
Counsel for The Stonebrook Convalescent Center, Inc.
Quattlebaum, Grooms & Tull
111 Center Street, Suite 1900
Little Rock, AR 72201
(501) 379-1735 Fax:
gtreece@qgtlaw.com